# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

DARLENE GRIFFITH,

Appellees/Respondents

v.

Case No. 23-1135

El PASO COUNTY, CO, BILL ELDER, in his individual and official capacity, CY GILLESPIE, ELIZABETH O'NEAL, ANDREW MUSTAPICK, DAWNE ELLISS, TIFFANY NOE AND BRANDE FORD

Appellant/Petitioner

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear(s) as counsel for

**El PASO COUNTY, CO, BILL ELDER, in his individual and official capacity, CY GILLESPIE, ELIZABETH O'NEAL, ANDREW MUSTAPICK, DAWNE ELLISS, TIFFANY NOE AND BRANDE FORD**
[Party or Parties]

**Appellants/Petitioner**s, in the subject case(s).
[Appellant/Petitioner or Appellee/Respondent]

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☐    On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☒    There are no such parties, or any such parties have already been disclosed to the court.

Nathan J. Whitney, # 39002
Name of Counsel

s/*Nathan J. Whitney*
Signature of Counsel

1

**El Paso County Attorney's Office**
200 S. Cascade Ave
Colorado Springs Co, 80903
719-520-6485
Mailing Address and Telephone Number

nathanwhitney@elpasoco.com
E-Mail Address

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on <u>May 9, 2023</u> via email and electronic service through PACER/ECF to the following counsel of record for Appellee.

Killer, Lane & Newman, LLP
Andy McNulty
Mari Newman
1543 Champa Street, Suite 400
Denver, CO 80202
amcnulty@kln-law.com
mnewman@kln-law.com


(*See* Fed. R. App. P. 25(b))        /s/ Dee Lambert_____
                                       Legal Office Administrator
                                       El Paso County Attorney's Office

3