UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

DARLENE GRIFFITH

v.

EL PASO COUNTY, COLORADO, et al.

Case No. 23-1135

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Darlene Griffith
_____
[Party or Parties][1]

_____

Plaintiff/Appellant
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]


Andy McNulty | Mari Newman
Name of Counsel | Name of Counsel

/s/ Andy McNulty | /s/ Mari Newman
Signature of Counsel | Signature of Counsel

1543 Champa St., #400, Denver, CO 80202 (303) 571-1000 | 1543 Champa St., #400, Denver, CO 80202 (303) 571-1000
Mailing Address and Telephone Number | Mailing Address and Telephone Number

amcnulty@kln-law.com | mnewman@kln-law.com
E-Mail Address | E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

    direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been

    disclosed to the court.

_____
Date

/s/ Andy McNulty
_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance
           [date]

Form to:
Nathan Whitney; Terry Sample, Chris Strider

at nathanwhitney@elpasoco.com; terrysample@elpasoco.com; chrisstrider@elpasoco.com,

the last known address/email address, by  email _____.
                                                    [state method of service]

_____
Date

/s/ Andy McNulty
_____
Signature