UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

May 12, 2023

Andrew McNulty
Mari Newman
Killmer, Lane & Newman
1543 Champa Street, Suite 400
Denver, CO 80202

**RE:**     23-1135, Griffith v. El Paso County, Colorado, et al
Dist/Ag docket: 1:21-CV-00387-CMA-NRN

Dear Counsel:

The district court transmitted notice that the record is complete to the clerk of this court on May 12, 2023. *See* 10th Cir. R. 11.1(A) and 31.1(A)(1).

Appellant's brief and appendix must be filed on or before June 21, 2023. Appellee may file a response brief within 30 days after service of appellant's brief. If a response brief is filed, Appellant may file a reply brief within 21 days after service of appellee's brief.

Briefs and appendices must satisfy all requirements of the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to form and content. Counsel are encouraged to utilize the court's Briefing and Appendix checklist when compiling their briefs and appendices. Motions for extension of time are disfavored and must comply with 10th Cir. R. 27.1 and 27.6.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     Steven Martyn
        Nathan James Whitney

CMW/sds