# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

DARLENE GRIFFITH,

    Plaintiff,

v.

EL PASO COUNTY, COLORADO, *et al.*,

    Defendants.

Case No. 23-1135

## **<u>UNOPPOSED</u> MOTION FOR ENLARGEMENT OF TIME TO FILE OPENING BRIEF**

Plaintiff-Appellant, Darlene Griffith, by and through undersigned counsel of record, hereby moves this honorable Court for an extension of time to file her Opening Brief, and states as follows in support:

1. Plaintiff-Appellant's Opening Brief is due on or before June 21, 2023. [Dkt. #10998970].

2. Counsel for Plaintiff-Appellant have been working diligently on the Response Brief but needs additional time to draft and finalize the brief. Plaintiff-Appellant is requesting an additional forty-five (45) days, up to and including August 7, 2023, to file her Response Brief.

3. Good cause exists for this requested deadline extension.

4. Plaintiff-Appellant has recently obtained new co-counsel (lawyers with the

MacArthur Justice Center) to represent her on appeal. New counsel require additional time to review the record in this case and get up to speed on the facts. Allowing for additional time for these new co-counsel to appropriately represent Plaintiff-Appellant, who filed this case initially as a *pro se* inmate, is in the interests of justice.

5. Counsel for Plaintiff-Appellee, Andy McNulty, who will primarily be responsible for drafting the response brief, has been out of the office during significant portions of the past few weeks, including the entire week of June 5th and portions of the weeks of May 22nd and May 29th.

6. Moreover, in addition to the usual press of business, and the time spent drafting the response brief in this matter, counsel for Plaintiff have:

   a. responded to motion to dismiss in *Pryor v. School District No. 1, et al.*;

   b. briefed and participated in oral argument regarding a discovery motion in *Minter v. City and County of Denver, et al.*, 22-cv-01328-PAB-SP (D. Colo.);

   c. drafted a comprehensive mediation statement, participated in a court-sponsored mediation, and engaged in on-going settlement discussions in *Roberts v. City and County of Denver, et al.*, 22-cv-01741-NYW-STV (D. Colo.);

   d. drafted a comprehensive mediation statement in a yet-to-be-filed police misconduct case;

   e. engaged in significant work on the appeal in *Griffith v. El Paso County*, 23-

1135 (10th Cir.), in which the Opening Brief is currently due on the same date as the Response Brief in this case;

    f. engaged in on-going negotiations regarding settlements in the cases of *The Estate Of Tyler Kracht v. City Of Sterling, Colorado and Austin Molcyk*, Civil Action No. 22-cv-01081-DDD-STV (D. Colo.), and *Elizabeth Gundlach v. Scion Health D/B/A Kindred Hospital Denver* (EEOC No. 541-2023-01660).

7. Further, in addition to the usual press of business, and the time spent drafting the response brief in this matter, Andy McNulty has:

    a. responded to motion to dismiss and response to motion to stay in *Sexton v. Colorado Springs, et al.*, 23-cv-00555-GPG-STV;

    b. drafted a reply in support of motion for partial judgment on the pleadings in *Feet Forward v. Boulder*, 2022CV030341.

8. Also, in addition to the usual press of business, and the time spent drafting the response brief in this matter, Mari Newman has:

    a. responded to a motion to dismiss and a motion to stay in the case of *The Estate Of Richard Ward, et al. v. Pueblo County, Colorado, et al.,* Civil Action No. 23–cv–00473–CNS-MDB (D. Colo.);

    b. engaged in on-going settlement negotiations in the class action case of *Miles v. BKP, Inc., et al.,* Civil Action No 18-cv-01212--PAB-MEH (D. Colo.) (class action);

c. engaged in on-going negotiations regarding settlement in the case of The *Estate Of Lorenzo Gabriel Flores, et al, v. The State Of Colorado, et al.*, Civil Action No.: 18-CV-03267-JLK (D. Colo.);

d. engaged in substantial (and time consuming) *pro bono* work in her capacity as Board Chair of the Civil Rights Education and Enforcement Center.

9. Additionally, counsel for Mr. Pryor did not represent him during the preliminary injunction proceedings below. The proceedings below included a multi-day preliminary injunction hearing. Counsel for Plaintiff-Appellee have taken significant time to review the record below, which is nearly 2300 pages. Therefore, they require additional time to review the record and craft their arguments on appeal.

10. Counsel for Plaintiff-Appellee, Andy McNulty, has conferred for counsel for Defendants-Appellees, who does not oppose the relief requested herein.

11. No party will be prejudiced by the relief requested herein.

12. Accordingly, Plaintiff-Appellant respectfully requests a forty-five-day extension of the deadline to file her Response Brief, up to and including August 7, 2023.

Respectfully submitted this 13th day of June 2023.

KILLMER, LANE & NEWMAN, LLP

*s/ Andy McNulty*

_____
Andy McNulty
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
(303) 571-1001 fax
amcnulty@kln-law.com

*Attorneys for Plaintiff/Appellant*

# CERTIFICATE OF SERVICE

      I hereby certify that on June 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nathan Whitney
Steven Martyn
200 S. Cascade Ave.
Colorado Springs, CO 80903
nathanwhitney@elpasoco.com
stevenmartyn@elpasoco.com

*Counsel for Defendants/Appellees*

                                                                             KILLMER, LANE & NEWMAN, LLP

                                                                             *s/ Andy McNulty*
                                                                             _____
                                                                             Andy McNulty