UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| DARLENE GRIFFITH,<br><br>    Plaintiff,<br><br>v.<br><br>EL PASO COUNTY, COLORADO, *et al.*,<br><br>    Defendants. | Case No. 23-1135 |

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE OPENING BRIEF

Plaintiff-Appellant, Darlene Griffith, by and through undersigned counsel of record, hereby moves this honorable Court for an extension of time to file her Opening Brief, and states as follows in support:

1. Pursuant to this Court's previous order, Plaintiff-Appellant's Opening Brief is due on or before July 21, 2023. [Dkt. # 11005856].

2. Counsel for Plaintiff-Appellant have been working diligently on the Opening Brief but needs additional time to draft and finalize the brief. Plaintiff-Appellant is requesting an additional thirty (30) days, up to and including August 21, 2023, to file her Opening Brief.

3. Good cause exists for this requested deadline extension.

4.  Plaintiff-Appellant has obtained new co-counsel (lawyers with the MacArthur Justice Center) to represent her on appeal. New counsel require additional time to review the record in this case and get up to speed on the facts. Moreover, there have been logistical issues related to accessing Ms. Griffith (who is currently housed in the Colorado Department of Corrections), which has delayed new counsel entering their appearances in this matter. Allowing for additional time for these new co-counsel to enter their appearances and appropriately represent Plaintiff-Appellant, who filed this case initially as a *pro se* inmate and whom undersigned counsel are representing after referral from the District Court's Civil Pro Bono Panel, is in the interests of justice.

5.  Moreover, in addition to the usual press of business, and the time spent drafting the response brief in this matter, counsel for Plaintiff have:

   a. engaged in significant work on the appeal in *Pryor v. School District No. 1*, 23-1000 (10th Cir.), including drafting the Response Brief, which is due on July 19, 2023;

   b. engaged in significant written discovery and motions practice in *Fellows, et al. v. Williams, et al.*, 1:23-cv-000009-GPG-MEH;

   c. engaged in on-going negotiations regarding settlements in the cases of *The Estate Of Tyler Kracht v. City Of Sterling, Colorado and Austin Molcyk*, Civil Action No. 22-cv-01081-DDD-STV (D. Colo.), and

    *Elizabeth Gundlach v. Scion Health D/B/A Kindred Hospital Denver* (EEOC No. 541-2023-01660);

  d. engaged in significant discovery work in *Minter v. City and County of Denver, et al.*, 1:22-cv-01328-PAB-SP.

6. Further, in addition to the usual press of business, and the time spent drafting the response brief in this matter, Andy McNulty has:

  a. engaged in significant work on the appeal in *Arizona Attorneys for Criminal Justice v. Mayes*, 22-16729 (9th Cir.);

  b. drafted and filed multiple lawsuits, including *Lewis v. Mesa County*, 1:23-cv-01397 and *Benson, et al. v. City and County of Denver, et al.*, 1:23-cv-01637.

7. Counsel for Plaintiff-Appellee, Andy McNulty, has conferred with counsel for Defendants-Appellees, who does not oppose the relief requested herein.

8. No party will be prejudiced by the relief requested herein.

9. Accordingly, Plaintiff-Appellant respectfully requests a thirty (30) day extension of the deadline to file her Opening Brief, up to and including August 21, 2023.

Respectfully submitted this 10th day of July 2023.

KILLMER, LANE & NEWMAN, LLP

*s/ Andy McNulty*
_____
Andy McNulty
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
(303) 571-1001 fax
amcnulty@kln-law.com

*Attorneys for Plaintiff/Appellant*

## CERTIFICATE OF SERVICE

 I hereby certify that on July 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nathan Whitney
Steven Martyn
200 S. Cascade Ave.
Colorado Springs, CO 80903
nathanwhitney@elpasoco.com
stevenmartyn@elpasoco.com

*Counsel for Defendants/Appellees*

KILLMER, LANE & NEWMAN, LLP

*s/ Andy McNulty*
_____
Andy McNulty