UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

DARLENE GRIFFITH,

   *Plaintiff and Appellant*

   v.

EL PASO COUNTY, COLORADO; BILL ELDER, in his individual and official capacities; CY GILLESPIE, in his individual capacity; ELIZABETH O'NEAL, in her individual capacity; ANDREW MUSTAPICK, in his individual capacity; DAWNE ELLISS, in her individual capacity; TIFFANY NOE, in her individual capacity; and BRANDE FORD, in her individual capacity,

   *Defendants and Appellees*

Case No. 23-1135

# ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

See attached: List of Parties Represented as Amici Curiae
   [Party or Parties][1]

Amici Curiae_____, in the above-captioned
   case(s). [Appellant/Petitioner or Appellee/Respondent]

Maria Michelle Uzeta
Name of Counsel

s/ Maria Michelle Uzeta
Signature of Counsel

Disability Rights Education & Defense Fund
3075 Adeline Street, Suite 210, Berkeley, CA 94703
Tel: (510) 644-2555
Mailing Address and Telephone Number

muzeta@dredf.org
E-Mail Address

Name of Counsel

Signature of Counsel

Mailing Address and Telephone Number

E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## List of Parties Represented as Amicus Curiae

1. Disability Rights Education and Defense Fund
2. The Arc of the United States
3. Autistic Self Advocacy Network
4. Autistic Women and Nonbinary Network
5. The Judge David L. Bazelon Center for Mental Health Law
6. The Coelho Center for Disability Law, Policy and Innovation
7. Civil Rights Education and Enforcement Center
8. Disability Law Colorado
9. Disability Rights Advocates
10. Disability Rights Bar Association
11. Impact Fund
12. National Association for Rights Protection and Advocacy
13. National Disability Rights Network
14. Transgender Legal Defense and Education Fund

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

    direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been

    disclosed to the court.

August 25, 2023
Date

s/ Maria Michelle Uzeta
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

[X]  All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

[ ]  On _____ I sent a copy of this Entry of Appearance
         [date]

Form to:

_____

at_____,

the last known address/email address, by _____.
                                              [state method of service]

August 25, 2023
_____
Date

s/ Maria Michelle Uzeta
_____
Signature