# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Darlene Griffith
Plaintiff-Appellant

v.

El Paso County, Colorado, et al.
Defendant-Appellee

Case No. 23-1135

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

United States of America
_____
[Party or Parties][1]

_____

Amicus Curiae
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

| | |
|---|---|
| Jonathan L. Backer | Tovah R. Calderon |
| Name of Counsel | Name of Counsel |
| s/ Jonathan L. Backer | s/ Tovah R. Calderon |
| Signature of Counsel | Signature of Counsel |
| U.S. Department of Justice, Civil Rights Division, Appellate Section Ben Franklin Station, P.O. Box 14403, Washington, D.C. 20044 (202) 532-3528 | U.S. Department of Justice, Civil Rights Division, Appellate Section Ben Franklin Station, P.O. Box 14403, Washington, D.C. 20044 (202) 514-4142 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| Jonathan.Backer@usdoj.gov | Tovah.R.Calderon@usdoj.gov |
| E-Mail Address | E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

    direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been

    disclosed to the court.

08/28/2023
Date

s/ Jonathan L. Backer
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐    On ___08/28/2023_____ I sent a copy of this Entry of Appearance
              [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                              [state method of service]


08/28/2023
_____
Date

s/ Jonathan L. Backer
_____
Signature