UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                                                 Jane K. Castro
Clerk of Court                                                                        Chief Deputy Clerk

August 30, 2023

Mr. Kyle Courtneay Velte
University of Kansas School of Law
1535 West 15th Street
Lawrence, KS 66045-0000

Mr. Ezra Young
Law Office of Ezra Young
210 North Sunset Drive
Ithaca, NY 14850

**RE:**    **23-1135, Griffith v. El Paso County, Colorado, et al**
            Dist/Ag docket: 1:21-CV-00387-CMA-NRN

Dear Counsel:

The paper copies of your amici curiae brief is deficient.

Text may be printed on only one side of the paper. *See* Fed. R. App. P. 32(a)(1)(A).

You must file seven corrected paper copies within three days of the date of this notice.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

Cc:    Counsel of record

CMW/klp