UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

August 31, 2023

Kyle Courtneay Velte
University of Kansas School of Law
1535 West 15th Street
Lawrence, KS 66045-0000

**RE:**    23-1135, Griffith v. El Paso County, Colorado, et al
Dist/Ag docket: 1:21-CV-00387-CMA-NRN

Dear Counsel:

You have failed to comply with the requirements of the Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respect(s):

An entry of appearance and certificate of interested parties has not been filed as required by 10th Cir. R. 46.1.

Please correct the stated deficiency within three days of the date of this notice.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    Jonathan Backer
Tovah Calderon
Annie Kurtz
Timothy Macdonald
Steven Martyn
Cynthia Louise Rice
Harper S. Seldin
Maria Michelle Uzeta

Nathan James Whitney
Ezra Young

CMW/jm