UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| DARLENE GRIFFITH,<br><br>Appellant/Plaintiff<br><br>v.<br><br>El PASO COUNTY, COLORADO, *et al.*,<br><br>Appellees/Defendants | Case No. 23-1135 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF**

The Office of the El Paso County Attorney as Counsel for Appellees, El Paso County Sheriff Bill Elder, in his individual and official capacity, Cy Gillespie, Elizabeth O'Neal, Andrew Mustapick, Dawne Elliss, Tiffany Noe, and Brande Ford respectfully move this Court pursuant to 10th Cir. R. 27.6 for an extension of time, up to and including October 20, 2023, in which to file their response brief in the above-captioned appeal. The grounds for this request are as follows:

1. The Appellees' Response Brief is currently due on September 20, 2023.

2. Appellees have conferred with counsel for Appellant who does not oppose this Motion.

1

3. Appellees have not previously requested an extension of time in this appeal.

4. The Appellees require additional time to adequately brief the complex and important issues in this case. These issues include (i) whether transgender individuals should be considered members of a suspect class for purposes of an equal protection claim brought under the Fourteenth Amendment and (ii) whether deliberate indifference may be shown, for purposes of a claim for compensatory damages brought under Title II or the Americans with Disabilities Act and the Section 504 of the Rehabilitation Act, where the existence of the right alleged (here, gender dysphoria's protection as a disability) is unclear. Indeed, these issues have prompted multiple non-parties to file amicus briefs. Counsel for Appellees thus requires additional time to research and address Appellant's arguments.

5. Additionally, counsel for Appellees have other pressing litigation matters that warrant an extension of time.

- Lead counsel for Appellees, Nathan Whitney:

  a. Has engaged in mediation and negotiated a pre-litigation settlement of a matter involving the Estate of William Johnson (approved on August 29, 2023); and

  b. Is drafting a reply in support of a motion to dismiss in *Estate of Cristo Canett v. Wellpath, LLC, et al.*, 23-cv-1211-DDD-MDB (D. Colo.), currently due on or about September 13, 2023.

- Co-Counsel for Appellees, Bryan Schmid:

a. Is drafting a 12(b)(1) Motion to Dismiss in the matter of *Wren v. El Paso County Sheriff's Office, et al.*, 22-cv-02728-GPG-MDB (D. Colo.) involving a unique question of immunity for individually named deputies involved in the pursuit of a known violent felon which is expected to be filed on or before September 10, 2023;

b. Will begin drafting a Motion for Summary Judgment in the matter of *Duvall v. Sirois, et al.* 20-cv-02753-DDD-MDB (D. Colo.) involving an issue of immunity for the individually named deputies as to the civil rights claims of Ms. Duvall, with a current dispositive motion deadline of September 7, 2023, expected to get extended until September 21, 2023; and

c. Will begin drafting a Motion for Summary Judgment in the matter of *Scott v. Hiller*, *et al.*, 21-cv-02011-NYW-KLM (D. Colo.) involving a challenge to the constitutionality of a state law prohibiting the posting of the personal information of a peace officer on the internet and whether said prohibition violates the Plaintiff's First Amendment right to free speech, with a court-ordered deadline for cross motions of September 15, 2023.

- Co-Counsel for Appellees, Steven Martyn:

    a. Is preparing a responsive pleading in *Brian v. El Paso County Assessor*, No. 23-cv-272 (El Paso Cnty. D. Ct.), due on September 1, 2023;

3

b. Is finalizing a settlement agreement in *Jensen v. El Paso County Sheriff's Office et. al*, No. 23-cv-01605 (D. Colo.), so it can be considered by the El Paso County Board of County Commissioners during public session on September 12, 2023; and

c. Has been taking intermittent leave to care for two members of his immediate family.

For the foregoing reasons, counsel for Appellees respectfully ask the Court to grant this Motion and allow Appellees up to and including October 20, 2023, to file their Response Brief.

Respectfully submitted this 5th day of September, 2023.

                OFFICE OF THE COUNTY ATTORNEY
                OF EL PASO COUNTY, COLORADO

By: */s/ Nathan J. Whitney*
     Nathan J. Whitney, Reg. No. 39002
     First Assistant County Attorney
     Bryan E. Schmid, Reg. No. 41873
     Senior Assistant County Attorney
     Steven W. Martyn, Reg. No. 47429
     Assistant County Attorney
     El Paso County Attorney's Office
     200 S. Cascade Ave.
     Colorado Springs, CO 80903
     (719)520-6485 (Main Office Line)
     NathanWhitney@elpasoco.com
     BryanSchmid@elpasoco.com
     StevenMartyn@elpasoco.com

     *Attorneys for Appellees*

# CERTIFICATE OF SERVICE

      I hereby certify that a copy of this Motion for Extension of Time was served on September 5, 2023 via email and electronic service through PACER/ECF to the following counsel of record for Appellee.

Killer, Lane & Newman, LLP
Andy McNulty
Mari Newman
1543 Champa Street, Suite 400
Denver, CO 80202
amcnulty@kln-law.com
mnewman@kln-law.com

Roderick & Solange MacArthur Justice Center
Meghan Palmer
Devi Rao
501 H Street NE, Suite 275
Washington, SC 20002
Meghan.Palmer@macarthurjustice.org
Devi.Rao@macarthurjustice.org

*Counsel for Appellant/Plaintiff, Darlene Griffith*

**AMICI CURIAE**

Civil Rights Education and Enforcement Center
Cynthia Louise Rice
1245 E. Colfax Avenue
Suite 400
Denver, CO 80218
crice@creeclaw.org

Disability Rights Education & Defense Fund
Maria Michelle Uzeta
3075 Adeline Street
Suite 210
Berkeley, CA 94703
muzeta@dredf.org

*Counsel for the following:*
*Disability Rights Education and Defense Fund*
*The Arc of the United States*
*Autistic Self Advocacy Network*
*Autistic Women and Nonbinary Network*
*The Judge David L. Bazelon Center for Mental Health Law*
*The Coelho Center for Disability Law, Policy and Innovation*
*Civil Rights Education and Enforcement Center*
*Disability Law Colorado*
*Disability Rights Advocates*
*Disability Rights Bar Association*
*Impact Fund*
*National Association for Rights Protection and Advocacy*
*National Disability Rights Network*
*Transgender Legal Defense & Education Fund*

U.S. Department of Justice
Jonathan Backer
Tovah Calderon
Kristen Clarke
Civil Rights Appellate Sec.
Ben Franklin Station
P.O. Box 14403
MJB 3710
Washington, DC 20044-4403
Jonathan.backer@usdoj.gov
Tovah.R.Calderon@usdoj.gov

*Counsel for the United States of America*

American Civil Liberties Union Foundation
Harper S. Seldin
125 Broad Street
18th Floor
New York, NY 10004
hseldin@aclu.org

ACLU of Colorado
Annie Kurtz
Timothy MacDonald

303 East 17th Avenue
Suite 350
Denver, CO 80203
akurtz@clu-co.org
tmacdonald@aclu-co.org

*Counsel for the American Civil Liberties Union of Colorado*

Kyle Courtneay Velte
University of Kansas School of Law
1535 West 15th Street
Lawrence, KS 66045
kvelte@ku.edu

Ezra Young
Law Office of Ezra Young
210 North Sunset Drive
Ithaca, NY 14850
Ezra@ezrayoung.com

*Counsel for Jeremiah Ho, Dru Levasseur, Nancy Marcus, Dara Purvis, Eliot Tracz, Ann Tweedy, Kyle Velte and Ezra Young*

| Fed. R. App. P. 25(b)) | /s/ Dee Lambert |
| --- | --- |
|  | Legal Office Administrator |
|  | El Paso County Attorney's Office |