# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| DARLENE GRIFFITH,<br><br>   Plaintiff-Appellant,<br><br>v.<br><br>EL PASO COUNTY, COLORADO; BILL ELDER, in his individual and official capacities; CY GILLESPIE, in his individual capacity; ELIZABETH O'NEAL, in his individual capacity; ANDREW MUSTAPICK, in his individual capacity; DAWNE ELLISS, in her individual capacity; TIFFANY NOE, in her individual capacity; BRANDE FORD, in her individual capacity,<br><br>   Defendants-Appellees. | Case No. 23-1135<br><br>Appeal from the United States District Court for the District of Colorado (D.C. No. 1:21-cv-00387-CMA-NRN) |

### MOTION TO WITHDRAW AS COUNSEL
### FOR PLAINTIFF-APPELLANT DARLENE GRIFFITH

  Meghan Palmer hereby requests to withdraw as co-counsel for Appellant Darlene Griffith because she will no longer be employed with the firm representing Appellee as of September 8, 2023. Appellant will continue to be represented by Devi M. Rao of the Roderick & Solange MacArthur Justice Center, and Andrew McNulty and Mari Newman of Killmer, Lane & Newman, who have already entered appearances on behalf of Appellant in this matter.

1

Dated: September 7, 2023                Respectfully Submitted,

*/s/ Meghan Palmer*
Meghan Palmer
RODERICK & SOLANGE MACARTHUR
  JUSTICE CENTER
501 H Street NE, Suite 275
Washington, DC 20002
(202) 869-3434
meghan.palmer@macarthurjustice.org

*Counsel for Plaintiff-Appellant*

## CERTIFICATE OF COMPLIANCE

I certify that:

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 70 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(a)(2)(B).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word for Office 365 and Times New Roman 14-point font.

*/s/ Meghan Palmer*
Meghan Palmer

**CERTIFICATE OF DIGITAL SUBMISSION**

Pursuant to this Court's guidelines on the use of the CM/ECF system, I hereby certify that:

a. all required privacy redactions have been made per 10th Cir. R. 25.5;

b. if required to file additional hard copies, that the ECF submission is an exact copy of those documents; and

c. the digital submission has been scanned for viruses with the most recent version of a commercial virus scanning program, Sophos Endpoint Advanced 2023.1.2.3, last updated on September 6, 2023, and according to the program is free of viruses.

*/s/ Meghan Palmer*
Meghan Palmer

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2023, I electronically filed the foregoing *Motion to Withdraw as Counsel* with the Clerk of the Court for the United States of Appeals for the Tenth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

>*/s/ Meghan Palmer*
>Meghan Palmer