FILED  
United States Court of Appeals  
Tenth Circuit  

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

September 7, 2023

Christopher M. Wolpert  
Clerk of Court

---

DARLENE GRIFFITH,

    Plaintiff - Appellant,

v.

EL PASO COUNTY, COLORADO, et al.,

    Defendants - Appellees.

------------------------------

DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, et al.,

    Amici Curiae.

No. 23-1135  
(D.C. No. 1:21-CV-00387-CMA-NRN)  
(D. Colo.)

---

**ORDER**

---

This matter is before the court on the Motion to Withdraw as Counsel for Plaintiff- Appellant Darlene Griffith. The motion is granted. Meghan Palmer is hereby withdrawn as counsel of record for the appellant. Devi M. Rao, Andrew McNulty, and Mari Newman will remain counsel of record for appellant.

                                        Entered for the Court

                                        CHRISTOPHER M. WOLPERT, Clerk