# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Darlene Griffith
Plaintiff-Appellant

v.

El Paso County, Colorado, et al.
Defendants-Appellees

Case No. 23-1135

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

American Civil Liberties Union Foundation of Colorado
_____
[Party or Parties][1]

_____

Amicus Curiae
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]


Anna I. Kurtz
_____
Name of Counsel

/s/ Anna I. Kurtz
_____
Signature of Counsel

303 E. 17th Avenue, Suite 350, Denver, CO 80203. Telephone: 720-402-3137
_____
Mailing Address and Telephone Number

akurtz@aclu-co.org
_____
E-Mail Address


Timothy R. Macdonald
_____
Name of Counsel

/s/ Timothy R. Macdonald
_____
Signature of Counsel

303 E. 17th Avenue, Suite 350, Denver, CO 80203. Telephone: 720-402-3151
_____
Mailing Address and Telephone Number

tmacdonald@aclu-co.org
_____
E-Mail Address

_____

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

9/12/2023
_____
Date

/s/ Anna I. Kurtz
_____
Signature

_____

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☑     All other parties to this litigation are either: (1) represented by attorneys; or
(2) have consented to electronic service in this case; or

☐ On   <u>9/12/2023</u>   I sent a copy of this Entry of Appearance

                     [date]

Form to:

_____

at_____,

the last known address/email address, by _____.

                                         [state method of service]

<u>9/12/2023</u>

Date

<u>/s/ Anna I. Kurtz</u>

Signature