UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| Christopher M. Wolpert | | Jane K. Castro |
|---|---|---|
| Clerk of Court | | Chief Deputy Clerk |

October 20, 2023

Mr. Steven Martyn
Mr. Nathan James Whitney
El Paso County Attorney's Office
200 South Cascade Avenue, Suite 150
Colorado Springs, CO 80903-2208

**RE:**     **23-1135, Griffith v. El Paso County, Colorado, et al**
          Dist/Ag docket: 1:21-CV-00387-CMA-NRN

Dear Counsel:

Appellees brief is deficient because:

There is no statement on the front cover of the brief whether oral argument is desired. (Every request for oral argument must be accompanied by a statement of the reason(s) oral argument is necessary.) *See* 10th Cir. R. 28.2(C)(2).

You must file a corrected brief. Do not file paper copies of your brief until the court has received your corrected brief and has issued notice it is compliant.

The corrected brief must have an updated certificate of service (if required; *see* 10th Cir. R. 25.4).

The time to file a reply brief will run from the date of service of appellees' corrected brief.

If you fail to correct the stated deficiency within three days of the date of this letter, the deficient brief will not be filed. In addition, the appellees will not be heard at oral argument unless the court grants permission. See Fed. R. App. P. 31(c).

Please contact this office if you have questions.

                    Sincerely,

                    Christopher M. Wolpert
                    Clerk of Court

cc:    Jonathan Backer
       Tovah Calderon
       Annie Kurtz
       Timothy Macdonald
       Andrew McNulty
       Mari Newman
       Devi Rao
       Cynthia Louise Rice
       Harper Samuel Seldin
       Maria Michelle Uzeta
       Kyle Courtneay Velte
       Ezra Young

CMW/klp