# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

|  |  |
|---|---|
| DARLENE GRIFFITH,<br><br>　　Plaintiff-Appellant,<br><br>v.<br><br>EL PASO COUNTY, COLORADO, et al.,<br><br>　　Defendants-Appellees. | No. 23-1135 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF-APPELLANT TO FILE REPLY BRIEF**

Plaintiff-Appellant Darlene Griffith, by and through her attorney, Devi M. Rao, respectfully requests a 14-day extension of time, up to and including November 27, 2023, to file her Reply Brief. In support of this motion, Appellant states as follows:

　　1.　　This is an appeal from the U.S. District Court for the District of Colorado, No. 1:21-cv-00387.

　　2.　　Appellant filed her opening brief on August 21, 2023.

　　3.　　After seeking and receiving a 30-day extension, Defendants-Appellees filed their brief and a supplemental appendix on October 20, 2023.

4.     A 14-day extension is necessary due to the complexity of the issues raised and because undersigned counsel has numerous competing responsibilities in the relevant time period around the current and proposed deadlines. These include:

- A response brief in the U.S. Court of Appeals for the Second Circuit in *Ballard v. Dutton*, No. 23-6416, due November 2, 2023;
- An opening brief in the U.S. Supreme Court in *McIntosh v. United States*, No. 22-7386, due November 27, 2023; and
- Ongoing settlement negotiations in the Sixth Circuit's mediation program in *Fisher v. BOP* No. 22-3754.

5.     The undersigned is also traveling for the Thanksgiving holiday, and off work November 22 through 24.

6.     This is Appellant's first motion for an extension of time in which to file her reply brief.

7.     Appellant does not bring this motion for purposes of delay and is working in good faith and as diligently as possible to complete this matter.

8.     Counsel for Defendants-Appellees has stated they are not opposed to the requested extension.

WHEREFORE, Appellant respectfully requests a 14-day extension of time, up to and including November 27, 2023, to file her reply brief.

Dated: October 23, 2023          Respectfully submitted,

*/s/ Devi M. Rao*

Devi M. Rao
Roderick & Solange
 MacArthur Justice Center
501 H Street NE
Suite 275
Washington, DC 20002
(202) 869-3434
devi.rao@macarthurjustice.org

*Attorney for Plaintiff-Appellant*

# **CERTIFICATE OF COMPLIANCE**

I certify that:

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 275 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(a)(2)(B).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word 2019 and Times New Roman 14-point font.

*/s/ Devi M. Rao*
Devi M. Rao

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Devi M. Rao*
Devi M. Rao