UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| DARLENE GRIFFITH,<br><br>Appellees/Respondents<br><br>v.<br><br>El PASO COUNTY, CO, BILL ELDER, in his individual and official capacity, CY GILLESPIE, ELIZABETH O'NEAL, ANDREW MUSTAPICK, DAWNE ELLISS, TIFFANY NOE AND BRANDE FORD<br><br>Appellant/Petitioner | Case No. 23-1135 |

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear(s) as counsel for

**El PASO COUNTY, CO, BILL ELDER, in his individual and official capacity, CY GILLESPIE, ELIZABETH O'NEAL, ANDREW MUSTAPICK, DAWNE ELLISS, TIFFANY NOE AND BRANDE FORD**
[Party or Parties]

**Appellants/Petitioners**, in the subject case(s).
[Appellant/Petitioner or Appellee/Respondent]

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☐ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☒ There are no such parties, or any such parties have already been disclosed to the court.

Chris Strider, # 33919_____
Name of Counsel

s/*Chris Strider*_____
Signature of Counsel

1

**El Paso County Attorney's Office**
200 S. Cascade Ave
Colorado Springs Co, 80903
719-627-1586
Mailing Address and Telephone Number

chrisstrider@elpasoco.com
E-Mail Address

# CERTIFICATE OF SERVICE

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on <u>January 19, 2024</u> via email and electronic service through PACER/ECF to the following counsel of record for Appellee.

Kilmer, Lane & Newman, LLP
Andy McNulty
Mari Newman
1543 Champa Street, Suite 400
Denver, CO 80202
amcnulty@kln-law.com
mnewman@kln-law.com

Roderick & Solange MacArthur Justice Center
Meghan Palmer
Devi Rao
501 H Street NE, Suite 275
Washington, SC 20002
Meghan.Palmer@macarthurjustice.org
Devi.Rao@macarthurjustice.org

*Counsel for Appellant/Plaintiff, Darlene Griffith*

**AMICI CURIAE**

Civil Rights Education and Enforcement Center
Cynthia Louise Rice
1245 E. Colfax Avenue
Suite 400
Denver, CO 80218
crice@creeclaw.org

Disability Rights Education & Defense Fund
Maria Michelle Uzeta
3075 Adeline Street
Suite 210
Berkeley, CA 94703
muzeta@dredf.org

3

*Counsel for the following:*
*Disability Rights Education and Defense Fund*
*The Arc of the United States*
*Autistic Self Advocacy Network*
*Autistic Women and Nonbinary Network*
*The Judge David L. Bazelon Center for Mental Health Law*
*The Coelho Center for Disability Law, Policy and Innovation*
*Civil Rights Education and Enforcement Center*
*Disability Law Colorado*
*Disability Rights Advocates*
*Disability Rights Bar Association*
*Impact Fund*
*National Association for Rights Protection and Advocacy*
*National Disability Rights Network*
*Transgender Legal Defense & Education Fund*

U.S. Department of Justice
Jonathan Backer
Tovah Calderon
Kristen Clarke
Civil Rights Appellate Sec.
Ben Franklin Station
P.O. Box 14403
MJB 3710
Washington, DC 20044-4403
Jonathan.backer@usdoj.gov
Tovah.R.Calderon@usdoj.gov

*Counsel for the United States of America*

American Civil Liberties Union Foundation
Harper S. Seldin
125 Broad Street
18th Floor
New York, NY 10004
hseldin@aclu.org

ACLU of Colorado
Annie Kurtz
Timothy MacDonald

303 East 17th Avenue
Suite 350
Denver, CO 80203
akurtz@clu-co.org
tmacdonald@aclu-co.org

*Counsel for the American Civil Liberties Union of Colorado*

Kyle Courtneay Velte
University of Kansas School of Law
1535 West 15th Street
Lawrence, KS 66045
kvelte@ku.edu

Ezra Young
Law Office of Ezra Young
210 North Sunset Drive
Ithaca, NY 14850
Ezra@ezrayoung.com

*Counsel for Jeremiah Ho, Dru Levasseur, Nancy Marcus, Dara Purvis, Eliot Tracz, Ann Tweedy, Kyle Velte and Ezra Young*

                                                /s/ Dee Lambert
                                                Legal Office Administrator
                                                El Paso County Attorney's Office

(*See* Fed. R. App. P. 25(b))