# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Darlene Griffith
Plaintiff-Appellant

v.

El Paso County, Colorado, et al.
Defendant-Appellee

Case No. 23-1135

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

United States of America
_____
[Party or Parties][1]

_____

Amicus Curiae_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Matthew N. Drecun
_____
Name of Counsel

s/ Matthew N. Drecun
_____
Signature of Counsel

U.S. Department of Justice, Civil Rights Division, Appellate Section
Ben Franklin Station, P.O. Box 14403, Washington, D.C. 20044 (202) 550-9589
_____
Mailing Address and Telephone Number

Matthew.Drecun@usdoj.gov
_____
E-Mail Address

_____
Name of Counsel

_____
Signature of Counsel

_____
Mailing Address and Telephone Number

_____
E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

1/25/2024
Date

s/ Matthew N. Drecun
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☑  All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ___1/25/2024_____ I sent a copy of this Entry of Appearance
       [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                          [state method of service]


___1/25/2024_____
Date

s/ Matthew N. Drecun
_____
Signature