FILED  
United States Court of Appeals  
Tenth Circuit

January 25, 2024

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| DARLENE GRIFFITH, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> EL PASO COUNTY, COLORADO, et al., <br><br> Defendants - Appellees. <br><br> ------------------------------ <br><br> DISABILITY RIGHTS EDUCATION AND DEFENSE FUND, et al., <br><br> Amici Curiae. | No. 23-1135 <br> (D.C. No. 1:21-CV-00387-CMA-NRN) <br> (D. Colo.) |

_____

## ORDER
_____

This matter is before the court on the *Unopposed Motion of the United States to Participate in Oral Argument as Amicus Curiae in Support of Plaintiff-Appellant*. At the direction of the panel who will hear the oral argument, the motion is GRANTED. The amicus curiae will be allowed to argue on March 19, 2024 with six minutes of time ceded by Appellant. Counsel for the amicus curiae shall file a Calendar Acknowledgment Form within 7 days of today's date.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk