# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| DARLENE GRIFFITH,<br><br>  Appellant/Plaintiff,<br><br>v.<br><br>El PASO COUNTY, COLORADO, *et al.*,<br><br>  Appellees/Defendants. | Case No. 23-1135<br><br>(D.C. No. 1:21-cv-00387-CMA-NRN)<br>(D. Colo) |

## MOTION TO WITHDRAW AS COUNSEL FOR APPELLEES

Appellees, El Paso County, Colorado, Bill Elder, in his individual and official capacity, Cy Gillespie, Elizabeth O'Neal, Andrew Mustapick, Dawne Elliss, Tiffany Noe, and Brande Ford, by and through the Office of the County Attorney of El Paso County, Colorado, pursuant to Tenth Circuit Rule 46.4(C), respectfully request the Court to grant their request to remove Christopher M. Strider as counsel for the Appellees. The Appellees will continue to be represented by attorneys Nathan J. Whitney and Steven W. Martyn, of the Office of the County Attorney of El Paso County, Colorado, who have entered their appearance in this case.

RESPECTFULLY SUBMITTED this 15th day of January 2025.

1

OFFICE OF THE COUNTY ATTORNEY
OF EL PASO COUNTY, COLORADO

By: */s/ Christopher M. Strider*
Christopher M. Strider, #33919
Assistant County Attorney
200 S. Cascade Ave.
Colorado Springs, CO 80903
(719) 520-6485 (Main Office Line)
chrisstrider@elpasoco.com
*Attorney for Appellees*

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Fed. R. of App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 100 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Office Word for Microsoft Office 365 in Times New Roman 14-point type.

Dated: January 15, 2025           By:     */s/ Christopher M. Strider*
                                           Christopher M. Strider
                                           *Attorney for Appellees*

## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that with respect to the foregoing:

1. All required privacy redactions have been made per 10th Cir. R. 25.5;

2. If required to file additional hard copies, that the ECF submission is an exact copy of those documents; and

3. The digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, Palo Alto Cortex XDR, Version 8.1.1, most recently updated on January 15, 2025, and according to the program are free of viruses.

Dated: January 15, 2025    By:   */s/ Christopher M. Strider*
Christopher M. Strider
*Attorney for Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2025, I electronically filed the forgoing document with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the court's electronic filing system, and that it has been served upon all counsel of record electronically through the court's electronic filing system.

Dated:  January 15, 2025           By:   */s/ Meleah Williams*
                                         Meleah Williams
                                         Legal Operations Manager