IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

_____

No. 23-1135

DARLENE GRIFFITH,

            Plaintiff-Appellant

v.

EL PASO COUNTY, COLORADO, et al.,

            Defendants-Appellees

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
The Honorable Judge Christine M. Arguello
No. 21-cv-00387-CMA-NRN

_____

UNITED STATES' MOTION FOR WITHDRAWAL OF COUNSEL

_____

The United States of America respectfully moves to withdraw Jonathan L. Backer as lead counsel in the above-captioned case because Mr. Backer is leaving his position as attorney with the United States Department of Justice, Civil Rights Division.  Matthew N. Drecun and Tovah R. Calderon who have entered their appearance will continue to represent the United States in this appeal.

WHEREFORE, the United States respectfully requests that Jonathan L. Backer be withdrawn as lead counsel in the above-captioned case.

        Respectfully submitted,

        KRISTEN CLARKE
        Assistant Attorney General

        s/ Jonathan L. Backer
        TOVAH R. CALDERON
        JONATHAN L. BACKER
         Attorneys
         Department of Justice
         Civil Rights Division
         Appellate Section
         Ben Franklin Station
         P.O. Box 14403
         Washington, D.C. 20044-4403
         (202) 532-3528

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 79 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f). This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared in Times New Roman 14-point font using Microsoft Word for Microsoft 365.

                                                         s/ Jonathan L. Backer
                                                         JONATHAN L. BACKER
                                                             Attorney

Date: January 16, 2025