IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

_____

No. 23-1135

DARLENE GRIFFITH,

          Plaintiff-Appellant

v.

EL PASO COUNTY, COLORADO, et al.,

          Defendants-Appellees
_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
The Honorable Judge Christine M. Arguello
No. 21-cv-00387-CMA-NRN
_____

UNITED STATES' MOTION FOR WITHDRAWAL OF COUNSEL
_____

The United States respectfully moves, pursuant to Federal Rules of Appellate Procedure 27, to withdraw Tovah R. Calderon as counsel of record in the above-captioned case. Effective February 12, 2025, Ms. Calderon is not working in the Civil Rights Division of the Department of Justice.

The United States will continue to be represented by Matthew N. Drecun.

    Respectfully submitted,

    KATHLEEN P. WOLFE
     Deputy Assistant Attorney General

    s/ Matthew N. Drecun
    MATTHEW N. DRECUN
     Attorney
     Department of Justice
     Civil Rights Division
     Appellate Section
     Ben Franklin Station
     P.O. Box 14403
     Washington, D.C.  20044-4403
     (202) 550-9589

**CERTIFICATE OF COMPLIANCE**

I certify that the attached motion:

(1) complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f), contains 59 words; and

(2) complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it has been prepared using Microsoft Word for Microsoft 365 in 14-point Times New Roman font.

                                                  s/ Matthew N. Drecun
                                                  MATTHEW N. DRECUN
                                                    Attorney

Date:  February 14, 2025