## IN THE UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

---

DARLENE GRIFFITH,

     Plaintiff-Appellant,

v.

EL PASO COUNTY, COLORADO, et al.,

     Defendants-Appellees.

No. 23-1135

---

### APPELLANT'S MOTION FOR ATTORNEYS' FEES AND COSTS

Pursuant to 42 U.S.C. § 1988(b), Federal Rule of Appellate Procedure 39 and 10th Cir. R. 39.2, Appellant Darlene Griffith, by and through undersigned counsel, respectfully moves this Court for an Order allowing their attorneys' fees and costs. In support of her motion, counsel for Appellant states as follows:

1. After briefing and oral argument, the district court adopted the magistrate judge's report and recommendation and dismissed Appellant's entire action below. A.126, A.146.

2. On appeal, after briefing and oral argument, this Court reversed in part, vacated in part, and affirmed in part. As relevant here, the Court reversed and remanded for further proceedings on Appellant's Fourteenth Amendment

Equal Protection claim against Defendant-Appellee Sheriff Elder in his official capacity, Fourth and Fourteenth Amendment cross-gender search claims against Sheriff Elder in his official capacity, and a Fourth Amendment abusive search claim against Defendant Mustapick. Opinion at 4. The Court also vacated the district court's order dismissing Appellant's ADA and Rehabilitation Act claims under FRCP 12(b)(6) because those claims were dismissed without prejudice for lack of subject matter jurisdiction under Rule 12(b)(1). Opinion at 4.

3. In other words, before this appeal, Appellant's claims had all been dismissed and the district court had entered judgment in defendants' favor. A.147-48. After the appeal, Appellant may proceed on several claims in the district court. Undersigned counsel therefore seeks an award for appeal-related fees and costs for their successful representation of Appellant before this Court.

4. This Court has "discretion to award attorney's fees on appeal." *Hoyt v. Robson Cos., Inc.*, 11 F.3d 983, 985 (10th Cir. 1993); *see also, e.g.*, *In re Kansas Congressional Districts Reapportionment Cases*, 745 F.2d 610, 613 (10th Cir. 1984) (awarding plaintiffs attorneys' fees on appeal under 42 U.S.C. § 1988). "The precise amount of these fees" are generally "determined in the first instance by the district court considering trial-related fees." *Crumpacker v. Kansas, Dep't of Human Resources*, 474 F.3d 747, 756 (10th Cir. 2007); *see*

*also* 10th Cir. R. 39.2(B) ("The motion need not contain an itemization of the tasks undertaken or the fees requested, unless requested by the court.").

WHEREFORE, undersigned counsel respectfully requests attorneys' fees and costs for her successful appellate representation of Appellant or, in the alternative, that this Court transfer this motion to the district court for consideration after final judgment is entered.

Dated: February 28, 2025                    Respectfully submitted,

*/s/ Devi M. Rao*

Devi M. Rao
RODERICK & SOLANGE
  MACARTHUR JUSTICE CENTER
501 H Street NE
Suite 275
Washington, DC 20002
(202) 869-3434
devi.rao@macarthurjustice.org

NEWMAN | MCNULTY

*/s/ Andy McNulty*

Mari Newman
Andy McNulty
Madeline Leibin
1490 N. Lafayette Street Suite 304
Denver, CO 80218
(720) 850 – 5770
mari@newman-mcnulty.com
andy@newman-mcnulty.com
madeline@newman-mcnulty.com

*Attorneys for Plaintiff-Appellant*

3

## <u>CERTIFICATE OF COMPLIANCE</u>

I certify that:

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 395 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(a)(2)(B).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word 2019 and Times New Roman 14-point font.

Dated: February 28, 2025                           */s/ Devi M. Rao*
                                                              Devi M. Rao

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 28, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Devi M. Rao*
Devi M. Rao