UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| DARLENE GRIFFITH,<br><br>    Appellant-Plaintiff,<br><br>v.<br><br>SHERIFF BILL ELDER, in his official capacity, et al.,<br><br>    Appellees-Defendants. | Case No. 23-1135 |

ON APPEAL FROM THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO
The Honorable Christine M. Arguello
Civil Action No. 1:21-cv-00387-CMA-NRN

───────────────────────────────

**DEFENDANTS'-APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING EN BANC**

───────────────────────────────

STEVEN W. MARTYN
NATHAN J. WHITNEY
BRYAN E. SCHMID
OFFICE OF THE COUNTY ATTORNEY
OF EL PASO COUNTY, COLORADO
200 South Cascade Avenue
Colorado Springs, Colorado 80903
(719) 520-6485
*Counsel for Defendants-Appellees*

1

The Office of the El Paso County Attorney as Counsel for Appellees, Sheriff Bill Elder in his official capacity and Andrew Mustapick in his individual capacity, respectfully move this Court pursuant to 10th Cir. R. 27.6 for an extension of time, up to and including March 20, 2025, in which to file their Petition for Rehearing en Banc, in the above-captioned appeal. The grounds for this request are as follows:

1. The Court issued its decision on February 19, 2025.

2. The Appellees' Petition for Rehearing en Banc is currently due on March 5, 2025.

3. The Appellees require additional time to fully analyze the Court's 81-page decision and brief the important legal issues involved for rehearing en banc.

4. Counsel for Appellees conferred with counsel for Appellant, who does not oppose this Motion.

5. This is the Appellees' first request for an extension of time to file a Petition for Rehearing en Banc.

6. Neither party will be prejudiced by the requested 15-day extension.

For the foregoing reasons, counsel for Appellees respectfully ask the Court to grant this Motion and allow Appellees up to and including March 20, 2025, to file their Petition for Rehearing en Banc.

RESPECTFULLY SUBMITTED this 28th day of February 2025.

OFFICE OF THE COUNTY ATTORNEY
OF EL PASO COUNTY, COLORADO

By: /s/ Steven W. Martyn
     Steven W. Martyn, Reg. No. 47429
     Senior County Attorney
     Nathan J. Whitney, Reg. No. 39002
     First Assistant County Attorney
     Bryan E. Schmid, Reg. No. 41873
     Senior County Attorney
     El Paso County Attorney's Office
     200 S. Cascade Ave.
     Colorado Springs, CO 80903
     (719)520-6485 (Main Office Line)
     StevenMartyn@elpasoco.com
     NathanWhitney@elpasoco.com
     BryanSchmid@elpasoco.com
     *Counsel for Defendants-Appellees*

## CERTIFICATE OF COMPLIANCE

1.   **Word Count**. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2) and 32(a)(7)(B) because, excluding the parts exempted by Fed. R. App. P. 32(f), it contains 198 words.

2.   **Typeface/Type-style**. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared using Microsoft Office 365 in Times New Roman, a proportionally spaced font, in a size equal to 14 points or larger.

OFFICE OF THE COUNTY ATTORNEY
OF EL PASO COUNTY, COLORADO

Dated: February 28, 2025   By:   */s/ Steven W. Martyn*
Steven W. Martyn, Reg. No. 47429
Senior County Attorney
Nathan J. Whitney, Reg. No. 39002
First Assistant County Attorney
Bryan E. Schmid, Reg. No. 41873
Senior County Attorney
El Paso County Attorney's Office
200 S. Cascade Ave.
Colorado Springs, CO 80903
(719)520-6485 (Main Office Line)
StevenMartyn@elpasoco.com
NathanWhitney@elpasoco.com
BryanSchmid@elpasoco.com
*Counsel for Defendants-Appellees*

## CERTIFICATE OF DIGITAL SUBMISSION

1. **Privacy Redactions**. All privacy redactions have been made in compliance with 10th Cir. R. 25.5.

2. **Virus Scan**. This file was scanned for viruses using an up-to-date version of Palo Alto Cortex XDR, Version 8.1.1, most recently updated on February 26, 2025, and, according to the program, is free of viruses.

                                      OFFICE OF THE COUNTY ATTORNEY
                                      OF EL PASO COUNTY, COLORADO

Dated: February 28, 2025    By:   */s/ Steven W. Martyn*
                                      Steven W. Martyn, Reg. No. 47429
                                      Senior County Attorney
                                      Nathan J. Whitney, Reg. No. 39002
                                      First Assistant County Attorney
                                      Bryan E. Schmid, Reg. No. 41873
                                      Senior County Attorney
                                      El Paso County Attorney's Office
                                      200 S. Cascade Ave.
                                      Colorado Springs, CO 80903
                                      (719)520-6485 (Main Office Line)
                                      StevenMartyn@elpasoco.com
                                      NathanWhitney@elpasoco.com
                                      BryanSchmid@elpasoco.com
                                      *Counsel for Defendants-Appellees*

# CERTIFICATE OF SERVICE

I certify that on February 28, 2025, the foregoing **DEFENDANTS' - APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME FILE PETITION FOR REHEARING EN BANC** was filed using the Court's CM/ECF system. All participants in the case are registered CM/ECF users and will be served electronically via that system.

                                          */s/ Meleah Williams*
                                          Legal Operations Manager
                                          El Paso County Attorney's Office